COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-303-CR

RACHEL N. DAY APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM COUNTY CRIMINAL COURT NO. 3 OF DENTON COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant Rachel N. Day 
appeals from the trial court’s revocation of her community supervision for driving while intoxicated.  At an abatement hearing in the trial court on June 23, 2009, Day orally and in writing expressed her desire that we dismiss the appeal.  Accordingly, on our own initiative, we suspend the requirements of rule 42.2(a) of the rules of appellate procedure, and we dismiss the appeal.  
See
 Tex. R. App. P. 2, 42.2(a), 43.2(f).

TERRIE LIVINGSTON

JUSTICE

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

DELIVERED:  July 16, 2009

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.